IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| THEODORE THOMAS | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:15-CV-50 |
| OFFICER PATTERSON, *et al.*, | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Theodore Thomas, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against defendants Officer Patterson, Officer Masiel and the Nacogdoches Police Department.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends Plaintiff's Motion for Entry of Default Judgment be denied.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**.

**SIGNED this 8th day of January, 2016.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE